IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD ALAN ZOCHLINSKI,

        Plaintiff,                    No. CIV 2:10-cv-1824-JAM-JFM (PS)

    vs.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

        Defendants.              <u>ORDER</u>

_____/

        On July 14, 2010, this matter was removed by defendants from Yolo County Superior Court. On July 20, 2010, defendants filed a motion to dismiss. On August 4, 2010, plaintiff filed a motion for an extension of time to file a response and to file a motion for remand. On August 9, 2010, defendants filed an opposition.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 4, 2010 motion is partially granted;

        2. The August 26, 2010 hearing on defendants' motion to dismiss is continued to October 7, 2010;

/////

/////

1


3. Plaintiff shall file his opposition on or before September 23, 2010.

DATED: August 12, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014;zuch1824.ext