IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD ALAN ZOCHLINSKI,

    Plaintiff,   No. CIV 2:10-cv-1824-JAM-JFM (PS)

    vs.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

    Defendants.   <u>STIPULATION AND ORDER</u>

    /

On July 20, 2010, defendants REGENTS, JOHN OAKLEY and JOHN JONES, JR. filed a Motion to Dismiss Pursuant to F.R.C.P. §12(b)(6) and a hearing date for this motion was set for October 7, 2010. Plaintiff, in *pro se*, has recently experienced several medical emergencies and because of intervening holidays and his work on other lawsuits, has requested an extension of time in which to file his opposition to the above referenced motion. Therefore, the parties stipulate to the following briefing schedule and respectfully request the Court order said schedule and a new hearing date:

Plaintiff's Opposition to Defendants Motion To Dismiss [FRCP §12(B)(6)]: October 7, 2010

1

Defendants reply brief filed and served:  October 21, 2010

Hearing date for motion to dismiss:   November 4th, 2010.

IT IS SO STIPULATED.

DATED:  September 27, 2010

By:    /s/Howard Zochlinski

Howard Zochlinski, Pro Se Plaintiff


DATED:  September 28, 2010         BERTRAND, FOX & ELLIOT

By:    /s/Gregory M. Fox

Gregory M. Fox, Attorneys for Defendants


## ORDER

Good cause appearing the stipulation is so ordered.  The court sets a new hearing date of November 4, 2010.

DATED: October 4, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014;zuch1824.stip

2