IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD ALAN ZOCHLINSKI,

    Plaintiff,                    No. CIV 2:10-cv-1824-JAM-JFM (PS)

    vs.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

    Defendants.               <u>ORDER</u>

                              /

        On December 1, 2010, plaintiff filed a request for permission to take photographs and/or videotape of the motion hearing scheduled for December 9, 2010. The proceedings in this case will be recorded by the clerk of the court and the recording will be available for transcription. Further recording would be a distraction, as would any photography.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's request is denied.

DATED: December 8, 2010.

                                      UNITED STATES MAGISTRATE JUDGE

/014;zuch1824.photos

1