IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD ALAN ZOCHLINSKI,

    Plaintiff,                    No. CIV 2:10-cv-1824-KJM-JFM (PS)

    vs.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

    Defendants.                <u>ORDER</u>

                                  /

        On February 10, 2011, the undersigned issued findings and recommendations recommending that defendants' motion to dismiss be granted.  Following two extensions of time, plaintiff filed an opposition on April 6, 2011.  On April 20, 2011, defendants filed a response.  Plaintiff has since filed two motions for an extension of time to file a reply brief to defendants' response.

        Because this matter has been fully briefed, IT IS HEREBY ORDERED that plaintiff's motions for an extension of time are denied.

DATED: June 7, 2011.

UNITED STATES MAGISTRATE JUDGE

1