IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ALAN ZOCHLINSKI, | |
| Plaintiff, | No. CIV 2:10-cv-1824-KJM-JFM (PS) |
| vs. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | |
| Defendants. / | |
| HOWARD ALAN ZOCHLINSKI, | |
| Plaintiff, | No. CIV 2:11-cv-3295-MCE-CKD (PS) |
| vs. | |
| BLUM, *et al.*, | |
| Defendants. / | RELATED CASE ORDER |

The court has received the Notice of Related Cases filed December 21, 2011. Examination of the above-entitled actions reveals that the actions are related within the meaning of Local Rule 123(a). The actions involve substantially the same parties, and are based on the same or similar claims, the same property, transaction or event, similar questions of fact and the same question of law. Accordingly, the assignment of the matters to the same judge and

magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

Accordingly, IT IS ORDERED that:

1. The action denominated 2:11-cv-3295-MCE-CKD, <u>Zochlinski v. Blum et al.</u>, be reassigned to Judge Kimberly J. Mueller and Magistrate Judge John F. Moulds for all further proceedings;

2. Any dates currently set in this reassigned case <u>only</u> are hereby VACATED.

3. An initial scheduling conference will be scheduled, as appropriate, following disposition of defendants' pending motion to dismiss.

4. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:11-cv-3295-KJM-JFM; and

5. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: January 4, 2012.

UNITED STATES MAGISTRATE JUDGE

/014;zoch3295.relate