Gregory M. Fox, State Bar No. 070876
Meaghan A. Snyder, State Bar No. 279392
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,
JOHN OAKLEY and JOHN JONES, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ALAN ZOCHLINSKI,<br><br>      Plaintiff,<br><br>   vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.<br><br>      Defendants. | Case No.: 2:10-cv-01824-KJM-KJN<br><br>**STATEMENT NOTING A PARTY'S DEATH** |

**STATEMENT NOTING A PARTY'S DEATH**

In accordance with Rule 25(a), the Regents of the University of California, a party to this action, notes the death during the pendency of this action of John Jones, Jr., a defendant in this action. Please refer to the Declaration of Meaghan A. Snyder filed herewith.

Dated:  November 12, 2015          BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                   By: */s/ Meaghan A. Snyder*
                                   Gregory M. Fox
                                   Meaghan A. Snyder
                                   Attorneys for Defendant
                                   THE REGENTS OF THE UNIVERSITY OF
                                   CALIFORNIA, JOHN OAKLEY and JOHN JONES, JR.

1