Gregory M. Fox, State Bar No. 070876
Meaghan A. Snyder, State Bar No. 279392
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:  (415) 353-0999
Facsimile:  (415) 353-0990

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,
JOHN OAKLEY and JOHN JONES, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ALAN ZOCHLINSKI, | Case No.: 2:10-CV-01824-KJM- KJN |
| Plaintiff, | **DECLARATION OF MEAGHAN A. SNYDER IN SUPPORT OF DEFENDANTS' STATEMENT NOTING DEATH OF OFFICER JOHN JONES** |
| vs. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al. | |
| Defendants. | |

I, MEAGHAN A. SNYDER, declare as follows:

1. I am an attorney at law duly licensed to practice law before the courts in the State of California, and am an attorney at the law firm of Bertrand, Fox, Elliot, Osman & Wenzel, attorneys of record for defendants the REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al. in the above-captioned matter. As such, I have personal knowledge of the facts and circumstances surrounding this matter and could, if called, competently testify thereto.

2. John Jones, Jr. ("Officer Jones") is a defendant in the above-captioned action. He passed away on January 25, 2011.

1

DECLARATION OF MEAGHAN A. SNYDER IN SUPPORT OF DEFENDANTS' STATEMENT NOTING DEATH OF DEFENDANT JOHN JONES
*Zochlinski v Regents of the University of California, et al.* Case No.:  2:10-CV-01824-KJM- KJN

3. Officer Jones was retired from the University of California at the time of his death. I did not become aware of his death until August 2014. I received a copy of his death certificate in January 2015.

4. In July 2015, I spoke with Officer Jones' daughter, Carolyn Jones, who was named on his death certificate. I explained to her the procedures regarding substitution of parties under Federal Rule of Civil Procedure 25(a) and inquired about Officer Jones' successor and/or representative.

5. Ms. Jones was extremely reluctant to disclose any information about Officer Jones' estate. She did inform me that Officer Jones died intestate. She also intimated that she may be Officer Jones' only living heir, but did not want to disclose any more details.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed this 12th day of November 2015 at San Francisco, California

                                                  */s/ Meaghan Snyder*
                                                  Meaghan A. Snyder