Gregory M. Fox, State Bar No. 070876
Meaghan A. Snyder, State Bar No. 279392
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,
JOHN OAKLEY and JOHN JONES, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ALAN ZOCHLINSKI,<br><br>     Plaintiff,<br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.<br><br>     Defendants. | Case No.: 2:10-cv-01824-KJM-KJN<br><br>**CERTIFICATE OF SERVICE** |

1

CERTIFICATE OF SERVICE
*Zochlinski v. The Regents of the University of California, et al.*, Case No.: 2:10-cv-01824-KJM-KJN

## CERTIFICATE OF SERVICE

I, Stephanie Bealby, declare that I am employed in the County of San Francisco, California; I am over the age of eighteen years and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco, California 94109.

I am readily familiar with the practice of Bertrand, Fox, Elliot, Osman & Wenzel with respect to the collection and processing of pleadings, discovery documents, motions and all other documents which must be served upon opposing parties or other counsel in litigation. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

On **November 12, 2015**, I served the following document(s):

- **STATEMENT NOTING A PARTY'S DEATH**
- **DECLARATION OF MEAGHAN A. SNYDER IN SUPPORT OF DEFENDANTS' STATEMENT NOTING DEATH OF OFFICER JOHN JONES**

on the following interested parties:

HOWARD ZOCHLINSKI           *Pro Se Plaintiff*
101 Luz Place
Davis, CA 95616

Said service was performed in the following manner:

(X) **BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at San Francisco, California, following the above-stated business practice, on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed **November 12, 2015**, at San Francisco, California.

*/s/ Stephanie Bealby*
Stephanie Bealby

2

CERTIFICATE OF SERVICE
Zochlinski v. The Regents of the University of California, et al., Case No.: 2:10-cv-01824-KJM-KJN