UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ALAN ZOCHLINSKI,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>Defendants. | No. 2:10-cv-1824-KJM-KJN PS<br><br><br><br>ORDER |

    Presently before the court is plaintiff's motion for a 61-day extension of time to file objections to the court's findings and recommendations dated November 4, 2015. (ECF No. 85.) Therein, plaintiff declares under penalty of perjury that he needs additional time to file objections due to recent medical complications that have hindered his ability to use a computer. (Id. At 1-4.) Plaintiff also has attached several recent medical records from his physicians to support his claim that he has been suffering from medical issues. (Id. At 5-22.) Defendants oppose plaintiff's motion on the grounds that plaintiff has made repeated requests for extensions of time throughout the course of this litigation and "rarely complies with court orders." (ECF No. 86 at 2.)

    After considering the parties' arguments concerning the motion and plaintiff's supporting documentation, the court determines that plaintiff demonstrates good cause for an extension of time, but not for the length of time plaintiff requests. Accordingly, the court grants plaintiff an

1  additional 30 days from the date of this order to file objections to the court's November 4, 2015
2  findings and recommendations.  The court finds that this extension will permit plaintiff ample
3  time to file objections to in light of his medical issues, and that any additional time would cause
4  further unnecessary delay.  ***Plaintiff is cautioned that no further extensions of this deadline will***
5  ***be granted.***

6  Based on the foregoing, it is HEREBY ORDERED that:

7  1. Plaintiff's motion for an extension of time to file objections to the court's November
8  4, 2015 findings and recommendations (ECF No. 85) is GRANTED IN PART.
9  2. ***Within 30 days of the date of this order, plaintiff shall file objections, if any, to the***
10  ***court's November 4, 2015 findings and recommendations. No further extensions of***
11  ***this deadline will be granted.***

12  IT IS SO ORDERED.

13  Dated:  December 1, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE