1  Howard Zochlinski
2  101 Luz Pl.
   Davis, CA., 95616
3  Tel: 530-758-1474
4  Plaintiff, *In Pro Per*

**FILED**
FEB 0 9 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DIVISION OF CALIFORNIA

| | |
|---|---|
| HOWARD Z. ZOCHLINSKI,<br>　　　　Plaintiff,<br>vs.<br>THE UNIVERSITY OF CALIFORNIA,<br>et al.,<br>　　　　Defendants. | ) Case No.: CV-2:10-cv-01824 KJM- KJN<br>)<br>) **PLAINTIFF'S NOTICE OF MOTION**<br>) **& MOTION FOR SUBSTION OF**<br>) **PARTY; REQUEST FOR**<br>) **EXTENSION OF TIME TO SERVE**<br>) **ON SUBSTUTED PARTY;**<br>) Date: March 17,   2016<br>) Courtroom of United States Magistrate<br>) Judge Kendall J. Newman<br>) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that on March 17, 2016 at 9:00 AM , or as soon thereafter as the

parties may be heard, Plaintiff Howard Zochlinski will move this Court, at the United

States Courthouse located at 501 I Street, in Sacramento, CA, Courtroom 25, of the

Honorable United States Magistrate Judge Kendall J. Newman, for an order pursuant

to Fed. R. Civ. P. 25(a)(1) that substitutes Carolyn M. Jones in the place of Defendant

John Warren Jones. The motion will be made on the grounds that Carolyn M. Jones as

sole heir to her father's estate inherited substantial assets from her late father,

Defendant John W. Jones, including three homes, at least one vehicle and one firearm.

Due to delays caused by misleading information provided by opposing counsel, and Zochlinski's lack of funds and ill health, he has not yet served Ms. Jones with the proper papers for substitution. However, this motion is filed within the statutory 90 days, and under caselaw, Zochlinski request an additional 90 days to serve Ms. Jones, particularly as, based on past experience, she will attempt to avoid service.

### GROUNDS FOR SUBSTITUTION:

Plaintiff Howard Zochlinski moves the Court to substitute Carolyn M. Jones as Defendant in this action for deceased party, her late father, Defendant John W. Jones, for pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure because of the above and the attached Affidavit of Plaintiff Howard Zochlinski which establishes the following matters:

Dated: February 8, 2016

Sworn to under penalty of perjury, _____

HOWARD A. ZOCHLINSKI, IN PROPER
101 Luz PL., Davis, CA, 95616,
Tel: 530-758-1474

### AFFIDAVIT

1. Deceased party, John W. Jones, has answered the complaint in this action through his attorney, Mr. Gregory Fox, and this action has already gone through appellate process while the opposing counsel concealed the fact that his client had already been deceased, though they claim they did not know of his death.

Plaintiff's SUBSTITUTION & Affidavit- 2016

2

2.      On November 12, 2015, opposing counsel finally filed their STATEMENT NOTING A PARTY'S DEATH with documentation as to John W. Jones being deceased, his having actually died in 2011. His Honor, Magistrate Judge Kendall Newman had stated that the filing of this document would trigger the 90 day period for filing a motion for substitution.

3.      Under the provisions of California Code of Civil Procedure §377.20 the claims of myself, Plaintiff Howard Zochlinski and against the deceased party Defendant in this action survive the death of the defendant.

4.      Counsel claimed John W. Jones had died intestate. However, this term was used to mislead me, as a *pro se*, by implying that there was nothing left in terms of value to make substitution worth pursuing. This is typical of the misrepresentation that I have been dealing with since 1993 – deliberate misrepresentation, if not outright lies.

5.      "Intestate", as I was later informed, may imply that debts exceeded assets at the time of death. However, it may simply mean that the deceased did not have a will. In the latter case, it would mean all assets will fall to his sole heir, his daughter, Carolyn M. Jones.

6.      As the filing was made during the holiday season, and, furthermore, I have no funds of my own, research and investigation has been difficult. It was also made difficult as the was a concerted effort to cleanse the internet of information regarding Jones:

   a) In 2006, when he ran for Congress, several faculty showed me his political

Plaintiff's SUBSTITUTION & Affidavit- 2016

3

website and facebook page, as well as related pages that dealt with his politics and, to some extent, his assets. I did not even know he was involved in politics until I was alerted by faculty who support my efforts at reinstatement.

b) In 2010, when I sought to serve him with the summons for this action, I was able to check these pages again with the aide of several faculty. The pages were still current. I did not view them again as I did not want to risk jeopardizing this case with any more false allegations from his colleagues at the UCPD.

c) After learning of his death I searched the web, again, everything had been removed, except for a large obituary page, which makes it suspicious as to how Mr. Fox can claim not to know of his death. Further, Carolyn Jones had been removed from his Facebook Friends page, evidence of intent to conceal her inheritance.

7. In late January I was able to secure aide from an attorney in Los Angeles. Between information he provided and my own research to date, at the time of his death, if the information I have gathered is correct, Jones owned at least three homes in Davis: 440 Fiesta Ave; 643 I Street, and 1014 Burr Street. All three were inherited by Carolyn Jones as his sole heir. He also owned at least one vehicle and one firearm and a bank account. If my research is accurate, the home on Burr is in a revocable trust and is currently leased to Carolyn Jones mother, John Jones ex-wife.

8. Attached are several documents indicating the ownership of homes by the late John Jones, which are now owned by his daughter, Carolyn Jones, as sole heir.

9. I intend to do further research before the hearing on this matter, now that I have been given direction and various forms of aide. All research will be presented to the Court at the hearing.

10. Given the extensive and destructive damage Defendant Jones has done to my life over a period of 45 years, by both civil and criminal violations that he has never been held accountable for, it would be a grave miscarriage of justice to not permit substitution of his daughter, Carolyn M. Jones, given the extensive property listings she has inherited.

Dated: February 8; 2016

Respectfully submitted and sworn to under penalty of perjury, _____

HOWARD A. ZOCHLINSKI, IN PROPER
101 Luz PL., Davis, CA, 95616,
Tel: 530-758-1474

Case 2:10-cv-01824-KJM-KJN   Document 91   Filed 02/09/16   Page 6 of 10

```
Application number . . . . . . : 14 00002236
Property . . . . . . . . . . . : 1014 BURR STREET
                              CONTRACTOR
Name    . . : FUTURE ENERGY CORP         Contractor number:
Address . . : PO BOX 87                  Bus lic number . : 14    38892
                                         Phone 1  . . . . : 800 985-0733
              WILTON              CA     Phone 2  . . . . :
Zip . . . : 95693                        Phone 3  . . . . :
                                         Phone 4  . . . . :
Email . . . :
                              PROPERTY OWNER
Name    . . : HALES/YANG REVOCABLE TRUST
Address . . : C/O C HALES/F YANG
              1014 BURR STREET           Phone 1  . . . . :
              DAVIS               CA     Phone 2  . . . . :
Zip . . . : 95616                        Phone 3  . . . . :
                                         Phone 4  . . . . :
Email . . . :
                                                               Bottom
F3=Exit    F12=Cancel
```

```
Application number . . . . . . : 12 00002056
Property . . . . . . . . . . . : 643 I STREET
                              CONTRACTOR
 Name    . . : SIERRA PACIFIC HOME & COMFORT    Contractor number:
 Address . . : 2550 MERCANTILE DRIVE #D         Bus lic number . : 13    15899
                                                Phone 1 . . . . : 916 638-0543
              RANCHO CORDOVA       CA           Phone 2 . . . . :
 Zip . . . : 95742                              Phone 3 . . . . :
                                                Phone 4 . . . . :
 Email . . :
                              PROPERTY OWNER
 Name    . . : JONES, JOHN
 Address . . : 643 I STREET
                                                Phone 1 . . . . :
              DAVIS               CA            Phone 2 . . . . :
 Zip . . . : 95616                              Phone 3 . . . . :
                                                Phone 4 . . . . :
 Email . . :
                                                                   Bottom
F3=Exit    F12=Cancel
```

```
Application number . . . . . : 15 00002214
Property . . . . . . . . . : 440 FIESTA AVENUE
                              CONTRACTOR
 Name    . . : SAME DAY SERVICE PLUMBING, INC    Contractor number:
 Address . . : 8322 TUBBS ROAD                   Bus lic number . : 15    25040
                                                 Phone 1 . . . . : 530 795-4325
              WINTERS              CA            Phone 2 . . . . :
 Zip . . . : 95694                               Phone 3 . . . . :
                                                 Phone 4 . . . . :
 Email . . . :
                              PROPERTY OWNER
 Name    . . : JONES, JOHN W
 Address . . : P.O. BOX 498
                                                 Phone 1 . . . . : 530 753-0995
              DAVIS              CA              Phone 2 . . . . :
 Zip . . . : 95617                               Phone 3 . . . . :
                                                 Phone 4 . . . . :
 Email . . . :
                                                                          Bottom
F3=Exit    F12=Cancel
```

HOWARD ALAN ZOCHLINSKI
101 Luz Pl.
Davis, California, 95616
Tel: 530-758-1474
IN PRO PER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ALAN ZOCHLINSKI, Plaintiff / Appellant;<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL. | No. CV-2:10-cv-01824 KJM- KJN<br><br>PROOF OF SERVICE:<br><br>**PLAINTIFF'S NOTICE OF MOTION & MOTION FOR SUBSTION OF PARTY; REQUEST FOR EXTENSION OF TIME TO SERVE ON SUBSTUTED PARTY** |

## PROOF OF SERVICE

I, _Nancy Stephenson_, declare and state as follows: I am (employed)/ reside at

_Congregation Bet Haverim_
_1715 Anderson Rd_
_Davis, CA 95616_

in the City of Davis, California in the County of Yolo. I am over the age of eighteen and not a party to this action. On February __9__, 2016, I served the following document(s):

**PLAINTIFF'S NOTICE OF MOTION & MOTION FOR SUBSTION OF PARTY; REQUEST FOR EXTENSION OF TIME TO SERVE ON SUBSTUTED PARTY;**

Service was made on the interested parties in this action by **UNITED STATES MAIL**, by placing a true and correct copy in a sealed envelope addressed as shown below with sufficient postage. I personally placed said envelopes in a postal box in

Davis, California. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing stated in this affidavit. The addresses were as follows:

Gregory Fox, Esq.
Bertrand, Fox, Elliot, Osman & Wenzel
The Waterfront Bldg.
2749 Hyde St.
San Francisco, CA, 94109
gfox@bfesf.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on February 9, 2016, in the City of Davis, California.

Signed: _Nancy L. Stephen_